The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.

John P. Gustafson
United States Bankruptcy Judge

**Dated: April 7 2026**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13 Proceeding** |
| | : | |
| **Andrew Scott Vanderpool** | : | **Case No. 23-60979** |
| | : | |
| **Debtor(s).** | : | **Judge John Gustafson** |

**AGREED ORDER RESOLVING MOTION TO DISMISS**

This matter is before the Court upon Trustee's Motion to Dismiss Case [Doc. 42]. Trustee and Debtor(s) agree as follows:

Plan payments for March 2026 shall be $0.00. Plan payments shall increase to $2,085.00 per month, effective with the April 2026 payment, in order to restore feasibility to the Plan.

Debtor(s) must resume regular monthly payments by paying the April 2026 payment of $2,085.00, and shall continue to make regular monthly payments on time. Regular payments are due on or before the 20th day of each month.

Failure to make one (1) of these required payments will result in Trustee notifying Debtor(s) and their Counsel of the delinquency. Upon such notification, Debtor(s) will have twenty-one (21) days to cure the delinquency and bring all Plan payments current. If Debtor(s)

have not cured the delinquency and brought all Plan payments current within twenty-one (21) days of the Notice of Delinquency, Trustee may submit to this Court an Order dismissing this case with an attached Affidavit citing the delinquency.

**IT IS SO ORDERED.**

###

Submitted By:

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
James R. Galehouse (0084867)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: (330) 455-2222
Email: Info@Chapter13Canton.com

Approved By:

/s/ Jonathon Carl Elgin
Jonathon Carl Elgin (0096390)
Counsel for Andrew Scott Vanderpool
JC Elgin Co., LPA
6 Water St.
Shelby, OH 44875
Telephone: (567)275-1040
Email: jc@jcelgin.com

**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at
[RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at
dlsk@Chapter13Canton.com

Jonathon Carl Elgin , Counsel for Andrew Scott Vanderpool, via the Court's Electronic Case Filing System at jc@jcelgin.com

Andrew Scott Vanderpool, Debtor, via regular mail at:
57 Vernon Road
Shelby, OH 44875