**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13** |
| | : | |
| **Andrew Scott Vanderpool** | : | **Case No. 23-60979** |
| | : | |
| **Debtor.** | : | **Judge John Gustafson** |

**NOTICE OF DELINQUENCY**

Now comes Dynele L. Schinker-Kuharich, Standing Chapter 13 Trustee, and states:

1. Debtor(s) failed to make Plan payments to Trustee in the sum of $2085.00 monthly, in violation of this Court's Order.
2. As of September 29, 2026, the Chapter 13 Case is delinquent in the amount of $6,063.04.
3. Debtor must pay **$8,121.04 by October 20, 2026** (which includes the October 2026 payment) to bring the case current.

All delinquent and regular monthly payment amounts must be received by the date stated above in order to bring this case current. If the amount is not paid, Trustee shall submit an order dismissing this case.

Respectfully Submitted,

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
James R. Galehouse (0084867)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: (330) 455-2222
Email: Info@Chapter13Canton.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2026, a true and correct copy of the Notice of Delinquency was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Jonathon Carl Elgin , Counsel for Andrew Scott Vanderpool, at jc@jcelgin.com

and by regular U.S. mail, postage prepaid, upon:

Andrew Scott Vanderpool, Debtor
57 Vernon Road
Shelby, OH 44875

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
James R. Galehouse (0084867)
Staff Counsel to the Chapter 13 Trustee